No. 05–585.  PEREZ-PERDOMO, SECRETARY, PUERTO RICO DEPARTMENT OF HEALTH *v.* WALGREEN CO. ET AL.  C. A. 1st Cir. Motions of Asociacion de Famacias de la Comunidad de Puerto Rico and American Health Planning Association for leave to file briefs as *amici curiae* granted.  Certiorari denied.  ▮

No. 05–627.  PARKS, CHIEF, LOS ANGELES POLICE DEPARTMENT *v.* DIAZ.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  ▮

No. 05–639.  JONES *v.* LUCENT TECHNOLOGIES, INC.  C. A. 7th Cir.  Certiorari denied.  THE CHIEF JUSTICE and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.  ▮

No. 05–749.  UNDER SEAL *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.  ▮

No. 05–7075.  HOFFER *v.* MICROSOFT CORP. ET AL.  C. A. Fed. Cir.  Certiorari denied.  THE CHIEF JUSTICE and JUSTICE BREYER took no part in the consideration or decision of this petition.  ▮

No. 05–7106.  HOUSTON *v.* LEWIS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.  ▮

No. 05–7389.  PARKER *v.* MINETA, SECRETARY OF TRANSPORTATION, ET AL.  C. A. D. C. Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–7523.  JEFFREYS *v.* UNITED TECHNOLOGIES CORPORATION, SIKORSKY AIRCRAFT DIVISION.  C. A. 2d Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.  ▮

No. 05–7800.  HAIRE *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.